# EXHIBIT A
## LETTERS OF SUPPORT

Honorable Patti Saris, Chief Judge of the US District Court
United States District Court
1 Courthouse Way
Boston, MA 02210
617-748-9152

Ms. Susan M. Hague


March 15, 2017

**Re: Character Reference for Vincent Anzalone**

Honorable Patti Saris, Chief Judge of the US District Court:

As Vincent Anzalone's former fiance, this letter comes to you as a reference to his character. First, I'd like to note that I have known Vinny for over 30 years. I was 14 when I first met him. During that time, Vinny has taken on many different roles- role model, caregiver, partner and most importantly, friend.

As a role model, Vinny has served in many capacities. While in high school, he was a part of the ROTC program. After graduating, he served twice in the US military- four years in the Navy (active duty), and another two in the ARMY (reserves) after 9/11. Both were served honorably. In the work sector, Vinny had earned many distinctions by his supervisors for his hard work as well as good leadership and customer relation skills. At his last place of employment, Vinny's supervisor had also put him in charge of leading an outreach program for college students, training all new hires as computer IT technicians. Vinny himself is pursuing a degree in computer network engineering. Outside of that, Vinny enjoys playing various sports and has led his teams to many victories over the years. As for family, I have three children of my own (ages 12, 13 and 20), all of whom Vinny has known since birth. In our last ten years as a couple, Vinny's relationship with them had transformed dramatically and is viewed as a second father. They all looked up to him for guidance. Personally, I believe Vinny's loyalty, strength and outgoing personality are his most admirable qualities. He leads by example.

As a caregiver, Vinny went from living alone as a bachelor to a partner of a mother with three very young children virtually overnight after my divorce. I needed a safe place to stay, so I moved in with him. Our relationship evolved from there. Coming from two different lifestyles, we certainly had our hurdles to climb over. Add to that, I got into an automobile accident leaving me permanently disabled soon after. As my health worsened, I suffered from deep depression. Not one to shy away, Vinny became my legal live-in assistant on top of holding down his full-time job. After getting well enough physically, my children were able to visit me more and soon after, my daughter moved in. The next few years brought on a whole new challenge for Vinny. With her being the oldest, she challenged his authority time and again to its limits. His patience won out though and eventually the two of them came around. By that time, the need came to apply for custody of my other two children. My middle child has multiple psychiatric issues and at the time, wasn't safe where he was so he was sent to live with us. Vinny has been instrumental in helping him overcome his trauma and learn to live life as a normal boy his age should. When Vinny left, I was still trying to gain custody of my youngest child. Again, Vinny had stepped up to the plate working many overtime hours to help defray the cost of legal fees. Vinny never owed me anything. He's not the father of my children. This is simply who he is.

As a partner and best friend, Vinny and I have weathered a lot. This is a man I have known for the better part of my life and planned to spend the rest of my life with, for better or worse. To say my emotions have been all over the place since this case started is an understatement. I feel angry, ashamed, disappointed, sad and confused. In the blink of an eye, life as I knew it was ripped out from underneath me. It would be so much easier to walk away if I hadn't known Vinny for so long. But I have and this letter exemplifies that. Vinny knows he will have to answer for his wrong doings and in doing so, his life, our life will never be the same. Since this case started, I have broken off our engagement. I however, will not turn my back on him as a friend... for better or worse.

In closing, I hope this letter helps you better understand who Vincent is as a person and that despite his shortcomings, he has the capability to right the wrongs in his life and become a better person for it.

Sincerely,

*Susan M. Hague*

Susan M. Hague

| | |
|---|---|
| From: | edward anzalone |
| To: | timothy_watkins@fd.org |
| Cc: | edward anzalone |
| Subject: | letter to the court |
| Date: | 04/06/2017 07:46 PM |

The Honorable Judge Patti B Saris
Chief Judge of u.s. District Court Of Massachusetts

Dear Judge saris

I am writing this letter on behalf of my brother who is presently before you on criminal charges and is due to be sentenced shortly. I am Edward James Anzalone Vincent anzalone older brother I reside in Merrimack county Pembroke nh
and I have been in the automotive industry for the past 30 years.

My brother Vincent is before you on charges of possession and in receipt of child pornography. Vincent is accepting full responsibility for having done illegal things he should have not done both myself and my family understand that the actions Vincent has taken are unacceptable and wrong.

Your Honor I can tell you Vincent has served his country twice first in the navy then in the army reserve and served with honor and distinction. he always put others needs before his own Vincent also has worked very hard for many years in politics on his off time from his full time job in the IT industry has always been active in his community and a positive person in many people's lives. your honor Vincent has always been a very outgoing and helpful person to everybody and has been a positive force in my life.

Your Honor I ask for leniency on behalf of my brother Vincent anzalone how we right our wrongs is the true strength of character and I ask for you to give him a chance to prove it to you and to society at large.
both me and my family are ready to support and help Vincent succeed in life upon his release back into society

Thank you very much

Edward J Anzalone

| | |
|---|---|
| **From:** | Maria Day |
| **To:** | timothy_watkins@fd.org |
| **Subject:** | Letter for Vincent C Anzalone " |
| **Date:** | 04/03/2017 04:25 PM |

Hi Tim,
Could you please give my letter about Vinny to Honorable Patti Saris chief judge of the United States court.
Thank you so much for all your time,
Maria Day


Honorable Patti Saris chief judge of the United States court,

   My name is Maria Day (Anzalone), I'm writing you about my brother Vincent C Anzalone.  I remember the day he was born ███████, 1972) and the day he came home (August 26) on my birthday.  I thought he was the greatest birthday gift, he is eight years younger than me and the youngest in the family.  Vinny has always been a caring and polite person.  When he graduated from high school he joined the Navy for four years.  When he came home he went to work and lived at home with our parents.  My family (husband and three children) would visit just about every Sunday.  Vinny was always great with my children Ashley, Samantha and Matthew.  He would give them advise about college and life, even to this day.  My brother Vinny has always been there for me and my family in good and bad times always being positive.  When my parents retired and moved away Susan moved in, he loves her and puts her and her children first.
   He broke my heart and I don't understand what went wrong, but Vinny certainly understands that what he has done was wrong and accepts responsibility and expresses regrets for his actions, he wants to go forward with his life.  I love my brother and will be there for him always as I know he would be there for me.
   I would like to thank you for your time.

Respectfully yours,
Maria Day

ATT: HONORABLE PATTI SARIS, CHIEF JUDGE OF U.S. COURT.

3-26-2017

RE. VINCENT ANZALONE

UP TO THE TIME VINCENT (MY SON) HAD FOUND HIMSELF IN TROUBLE WITH THE LAW.

VIN ENTERED THE NAVY RIGHT OUT OF HIGH SCHOOL, AND SPENT THE NEXT 4 YEAR'S OVERSEA'S. VIN WAS ABLE TO ADAPT WITH HIS SURROWNDIG'S. OUR FAMILY STAYED IN CONTACT WITH HIM ALL THIS TIME. WHEN HE RETURNED HE FELT LIKE HE NEEDED TO SERVE HIS COUNTRY ALITTLE LONGER, SO HE JOINED THE ARMY RESERVE FOR AN ADDITIONAL YEAR.

VIN LEFT FOR THE NAVY AS A BOY AND RETURNED A MAN. BECAUSE VIN LIVED WITH US I CAN TELL YOU THAT HE WORKED VERY HARD TO SUPPORT HIMSELF, AND TEACH HIMSELF COMPUTERS, HE WORKED DAY'S AND WENT TO SCHOOL NIGHT'S AND WEEKEND'S. WHEN HE RECONECTED WITH SUZAN HE BECAME A STAND-IN FATHER — WITH HER CHILDREN HE MUST OF DONE O.K. BECAUSE THEY ALL STAND BEHIND HIM.

VIN HAD THE WORLD INFRONT OF HIM BEFORE THIS HAPPEN, WHITCH MAKE'S THIS VERY HARD TO UNDER STAND, WE ARE A VERY CLOSE FAMILY AND HE WILL HAVE TO FACE US TOO. NOT BEING ABLE TO TALK WITH VIN FACE TO FACE WE STILL DO NOT NO WHAT HAS HAPPEN.

WE LIVE IN FLORIDA, BUT WE WILL BE IN COURT TO BACK HIM UP.

NEXT—

WE ARE ALSO READY TO MOVE BACK NORTH AND LEND SUPPORT.

THANK YOU FOR YOUR TIME.

*Edward A Anzalone*

EDWARD A. ANZALONE

Honorable Patti Saris Chief Judge of the U.S. Court,

RE: Vincent C. Anzalone

Please let me introduce myself, I am Marie M. Anzalone, Vinny's mother. Vinny has always been a good son, as a child he was respectful and well behaved, he always got along with everyone in school and friends. Vinny was the youngest and was a clown. He also served in the Navy for 4 years and then the Army National Guard, we all were proud of him. We are a close Italian family with strong traditions, as a family we all love and support him. Vinny worked hard at his job and college at night. When he and Susan moved in together, that was good for the both of them and the children, and they all support him. When he is released he will have all the support and love that he will need. We will move back up north when he is out. As a mother, I miss my son, even

though I talk to him twice a week and write to him. I would like to hug him and give him a kiss. I know that he will go back to college and or start a buisness and the family is here to help him. I have every confidence in my son.

Sincerely,
Marie M. [signature]

my address:

[redacted]

April 11, 2017

Honorable Patti B. Saris
United States District Judge
Boston, MA

RE: Vincent C. Anzalone

My name is Robert Day, I am the brother in-law of Vincent C. Anzalone. In the past 30 years I have known Vinny as a deeply devoted brother, son, and friend.  Vinny proudly served his country, and is a veteran of the U.S. Navy.

Vinny volunteered many hours helping family and friends run for state and local offices. Whether it was going door to door handing out fliers or making phone calls asking voters to support his cousin or friend, Vinny was there to do whatever he could to help out. Vinny also co-hosted many fundraising and successful tailgating events at Boston College football games.

Vinny was one of the first people to show up at my father's bedside in his last days to show comfort and support to me and my family.  Vinny was also one of the first people by my side when I was at Mass General dealing with my own health problems.

Me and my wife, Vinny's sister, Maria, continue to support Vinny both emotionally and financially, because we know he is a good person.  We know he is sorry for actions, and he looks forward to putting this behind him and moving on with his life.

Judge Saris, please consider Vinny's elderly parents and family when making you decision on sentencing. This ordeal has been hardship on everyone who sees Vinny as a dovoted, loving, brother, son, and friend.

Respectfully,
Robert Day

April 14, 2017

Hello,

My name is Ashley Day and I'm am writing about my uncle Vincent C. Anzalone.

From a young age, I have viewed Uncle Vinny as a supportive and caring member of the family. I would see him often at my grandparents house for Sunday dinners and he was always there making us laugh and engaging in conversation. Vinny really cherishes his family and enjoys their company.

I would talk to my uncle Vinny a lot about sports and school. He would always talk to me about the importance of getting an education and creating a successful career for myself. I always appreciated the advice and liked having the family support to succeed in my life. Vinny is always there for his family and helps out when one of us needs it.

When I found out about what Vinny had done, I was surprised and disappointed. However, as time has gone on, I know he regrets his decisions and is truly sorry for what he has done. Please consider giving my uncle Vinny another chance, so that he can be with his family again.

Thank you,

Ashley Day

April 10, 2017

Honorable Patti Saris, Chief Judge of the United States Court,

     I'm writing to you about my uncle Vincent Anzalone.  My name is Matthew Day.  My uncle Vinny is also my godfather.  He has always been a positive influence to me.  When he was in Donald W Wyatt detention facility I would visit him.  We would talk a lot about school, sports and military.  He would listen to me and give me advice. I don't agree with what he did but I love my uncle and he really is a good person.

                                                Thank you,
                                                Matthew Day

April 14, 2017

Hello,

My name is Samantha Day and I am writing about my uncle Vincent C. Anzalone.

I have always viewed my uncle Vinny as an intelligent and caring family member. For years, my family and I would go over my grandparents house for Sunday dinners where my uncle Vinny would join us too. He was always talking sports and making us all laugh. We enjoy his company just as much as he enjoys spending time with the people he deeply cares about.

Personally, my uncle Vinny has always supported me with advice through school. He would talk about different careers and has always been there in support to what I choose. Uncle Vinny cares about everyone in the family and is the first to support one of us if needed.

When I found out what had happened, I was disappointed and surprised to hear. As time passes, I know he regrets his decisions he has made and is very sorry. Please consider giving my uncle Vinny another chance.

Thank you,

Samantha Day